ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBERT I. LESTER
Assistant United States Attorney
California State Bar No. 116429
     Room 7516, Federal Building
     300 North Los Angeles Street
     Los Angeles, California  90012
     Telephone: (213) 894-2464
     Facsimile: (213) 894-7819
     robert.lester@usdoj.gov

Attorneys for Plaintiff
United States of America

NOTE: CHANGES MADE BY THE COURT

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CV 11-7896-JFW(JEMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARC GUY MATHYS, | |
| Defendant. | |

Upon consideration of the motion of plaintiff United States of America for the entry of default judgment in this case, the memorandum of points and authorities in support thereof, and the records in this case,

IT IS HEREBY ORDERED AND ADJUDGED that defendant Marc Guy Mathys is liable to the United States in the amount of $94,925.16.

Date: July 9, 2012                    _____
                                      United States District Judge